1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEAN LARRY SORIANO,                        No.  2:14-cv-00703 DAD P

12                  Petitioner,

13        v.                                    ORDER

14   P.D. BRAZELTON,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a prison

19   disciplinary hearing conducted at Pleasant Valley State Prison in Fresno County and a prison

20   disciplinary conviction resulting therefrom.  Fresno County is part of the Fresno Division of the

21   United States District Court for the Eastern District of California.  See Local Rule 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28   /////

                                             1

1        2.  All future filings shall reference the new Fresno case number assigned and shall be

2   filed at:

3                           United States District Court
                            Eastern District of California
                            2500 Tulare Street
4                           Fresno, CA 93721

5   Dated:  March 19, 2014

6

7                                   _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
8

    /mp
9   Sori0703.109

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2